No. 63020.—Nurserymen's Exchange *v.* United States, protests 58/5037, etc. (San Francisco).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of tree fern totem poles similar in all material respects to those the subject of *Nurserymen's Exchange* v. *United States* (41 Cust. Ct. 223, C.D. 2044), the claim of the plaintiff was sustained.

May 8, 1959

No. 63021.—Suit 4937.—Bercut-Vandervoort & Co., Inc. *v.* United States.—▉ ▉—C.D. 1877 affirmed November 14, 1958. C.A.D. 691.

Before the First Division, May 11, 1959

No. 63022.—Karl B. Rosen, Inc., et al. *v.* United States, protests 58/1189, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *B. L. Lemke & Co., Inc.* v. *United States* (39 Cust. Ct. 253, C.D. 1937), the claim of the plaintiffs was sustained.

No. 63023.—B. L. Lemke & Co., Inc. *v.* United States, protest 58/4050 (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *B. L. Lemke & Co., Inc.* v. *United States* (39 Cust. Ct. 253, C.D. 1937), the claim of the plaintiff was sustained.